CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 31 2015 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

Danny Barrera / CC# 15003944
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Lynbrook Sheriffs department
Sheriff Murphy
Sheriff Hart, Sheriff Fabita

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
----------------------------------------------------x

CV-15 4652

JURY TRIAL DEMAND
YES ✓   NO ____

BIANCO, J.

SHIELDS, M.J.

I. Previous Lawsuits:

   A. Have you begun other lawsuits in state or federal court
      dealing with the same facts involved in this action or
      otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below
      (If there is more than one lawsuit, describe the additional lawsuits
      on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiffs: _____
                     _____

         Defendants: _____.
                     _____

      2. Court (if federal court, name the district;
         if state court, name the county)

         _____

      3. Docket Number

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: 100 Carmen Avenue, East Meadow, N.Y. 11554

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not Because my present confinement is due to a clear violation of civil rights USC Title 18 part 1 chapter 13 §242

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On June 23, 2015 at approximately 7:30AM I was a victim of an unlawful search & seizure by sheriff Murphy, sheriff Hart and several other members of the Lynbrook sheriffs department which ultimately resulted in bodily injury as well as destruction of property to the vehicle I was operating. I clearly stated to sheriff Murphy that I am a Sole proprietor & that the vehicle I was operating was intrusted to me by my Mother. I informed him that I was engaged in interstate commerce and that he was unlawfully detaining me., he then became angry that I was invoking federal law.
USC title 18 > part 1 chapter 13 § 242

IV. A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I am claiming bodily injuries that severly agravated my medical condition of disc herniation of the spine. I was hospitalized due to the excessive force used in the unlawful arresst. They literally smashed the car windows & dragged then slamed me on the floor all over the broken glass. I left the hospital in a wheel chair.

V. Relief:

State what relief you are seeking if you prevail on your complaint.

I am seeking relief in the form of monitary compensation to the sum of one million (1,000,000$) U.S. dollars. I also want to recover the vehicle I was operating at the time of the unlawful arrest, because the vehicle was intrusted to me by my mother. My mother knows that I am a certified Automotive technician and she purchased the vehicle so that I can fix it and resell it for a higher value. All of my mechanic tools & tool box were inside the vehicle which was unlawfully seized.

I declare under penalty of perjury that on July 25, 2015, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 25 day of July, 2015. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility

100 carmen avenue, East Meadow 11554
Address

CC# 15003944
Prisoner ID#

5

Mr. Danny Barreca
C.C. # 150030411
Location E02D30
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

**RECEIVED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2015 ★

LONG ISLAND OFFICE

MID-ISLAND NY 117
29 JUL 2015 PM 3 L

Clerk of United States District Court, EDNY
100 Federal Plaza; Central Islip, NY 11722-4438
Attention: Pro Se Office

11722443800