To Magistrate Judge Shields;

This letter has to do with Case # CV-15-4652 (JFB)(AYS). I wan to inform yu as well as all parties reguarding this matter that I am no longer incarcerated. I would like to request to have all mail reguarding this case sent to my moms house 93-14 95 st Woodhaven N.Y. 11421 thanks.

Also it is my understanding that lawyers can file things electronically with the court but pro se litigants can't & I don't think that's fair. In any case I look forward to true Justice being served. Thank you once again for taking the time to read this.

Sincerely

[signature]

RECEIVED
DEC 0 2 2015
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  DEC 03 2015  ★
LONG ISLAND OFFICE

NEW YORK NY 100

24 NOV 2015 PM 8 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 03 2015 ★
LONG ISLAND OFFICE

Magistrate Judge Anne Y. Shields
United States District Court
100 Federal Plaza
Central Islip, N.Y. 11722
Attention: Pro Se office

11722443600

Danny Barrera
95-14 95 st
Woodhaven, N.Y. 11421