
FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ DEC 07 2015 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

### Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive my right to receive service of court issued documents by first class mail** and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.
  Initial here ___DB___

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.
  Initial here ___DB___

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.
  Initial here ___DB___

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.
  Initial here ___DB___

- I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.
  Initial here ___DB___

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.
  Initial here ___DB___

Date: 12/3/15     Signature: [signature]

Case No: 15-CV-4652(JFB)(AYS)   Print Full Name: Danny Barrera

Telephone No.: (917) 582-3684   Email Address: Mrdannydba@Gmail.com

Home Address: 93-14 95 ST Woodhaven N.Y. 11421

**RECEIVED** DEC 0 8 2015

**EDNY PRO SE OFFICE**

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
225 Cadman Plaza East   or   100 Federal Plaza
Brooklyn, NY 11201            Central Islip, NY 11722

8/2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

Danny Barrera EIN# 45-3570812

Plaintiff,

-against-

Lynbrook Police/Sheriffs dept et al;
Defendant.

------------------------------------------------------------ x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 07 2015 ★
LONG ISLAND OFFICE

Case No. 15-CV-4652 (JFB)(AYS)
Judge: Magistrate Judge Anne Y. Shields

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET: 93-14 95st

CITY: Woodhaven          STATE: New York

ZIP CODE: 11421          TELEPHONE NO: (917)582-3684

IF APPLICABLE:

PRISON: N/A              PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____

SIGNATURE
PRINTED NAME Danny Barrera
N/A
PRESENT ADDRESS

RECEIVED
DEC 0 8 2015
EDNY PRO SE OFFICE

Mr. C.C.:
Location
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

Mr. Danny Barrea
93-14 95 st
Woodhaven, N.Y. 11421

NEW YORK NY 100
03 DEC 2015 PM 15 L

United States District Court E.D.N.Y.
100 Federal Plaza
Central Islip N.Y. 11722
Attention Pro Se dept

RECEIVED
DEC 07 2015
CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
LONG ISLAND OFFICE

11722443800